WR-82,180-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/2/2015 3:37:46 PM
Accepted 2/2/2015 4:12:04 PM
ABEL ACOSTA
CLERK

NO. WR-82,180-01

| STATE OF TEXAS | § | IN THE COURT OF CRIMINAL |
| | § | APPEALS |
| | § | |
| vs. | § | |
| | § | |
| MARTHA MELENDEZ | § | OF TEXAS |

RECEIVED
COURT OF CRIMINAL APPEALS
2/2/2015
ABEL ACOSTA, CLERK

NO. 990D04290-1

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 346TH JUDICIAL DISTRICT |
| | § | |
| MARTHA MELENDEZ | § | EL PASO COUNTY, TEXAS |

## NOTICE OF HEARING WITH TRIAL COURT DUE TO INCOMPLETE RECORD

NOTICE is hereby given that a hearing has been set by the 346th Judicial District Court of El Paso County, Texas related to our prior motion to have the incomplete record supplemented, that was provided by the District Clerk to the Court of Criminal Appeals. The hearing is set for February 5, 2015.

Applicant requests this Court grant an additional stay on the proceeding to allow the hearing to occur and a supplemental record to be provided to this Court.

PER
JUDGE ALCALA
45 DAY EXTENSIONS
NO FURTHER EXTENSIONS
MSR

Respectfully submitted,

LAW OFFICE of RUBEN FRANCO, JR.
116 West Lewis
Conroe, TX 77301
Tel: 936-441-2999
Fax: 936-788-5670

By:_____
RUBEN FRANCO, JR.
State Bar No. 24040928
rubenf@conroelawoffice.com

State v. Melendez- Page 1